# EXHIBIT A

| Loan (Listed by Applicable Property) | Borrower | Date of Loan | Amount of Loan | Points | Facial Interest |
|---|---|---|---|---|---|
| 19th St. NW Fayette, AL 35555 816 | FOCN | 7/26/2023 | $164,800.00 | 4800 | 15.00% |
| 21st Hueytown, AL 163 | FOCN | 11/20/2023 | $113,300.00 | 3300 | 15.00% |
| Anderson St. Bristol, Tn 37620 1014 | FOCN | 8/5/2021 | $72,100.00 | 2100 | 15.00% |
| ^ Loan Modification for Anderson ^ | FOCN | | | | |
| Benton Ave Chattanooga, TN 37406 2701 | FOCN | 12/19/2023 | $131,840.00 | 3840 | 15.00% |
| Chase Cir. Winchester, Tn 37398 371 | FOCN | 1/26/2022 | $272,950.00 | 7950 | 15.00% |
| Cleary Dr. Memphis, Tn 38141 6800 | FOCN | 11/3/2021 | $133,900.00 | 3900 | 15.00% |
| Cook Rd. Portland, Tn 37148 511 | FOCN | 4/28/2023 | $202,910.00 | 5910 | 15.00% |
| County Rd. 3948 Arley, Al 35541 900 | FOCN | 5/26/2023 | $95,790.00 | 2790 | 15.00% |
| County Rd. 573 Hanceville, Al 35077 1534 | FOCN | 3/17/2023 | $123,600.00 | 3600 | 15.00% |
| Crossville Highway Sparta, TN 38583 1968 | FOCN | 8/29/2023 | $144,020.00 | 4020 | 15.00% |
| Dee Hicks Rd. Altoona, Al 35852 670 | FOCN | 5/23/2022 | $99,162.00 | 2888 | 15.00% |
| Dogwood Dr. Holladay, Tn 38341 120 | FOCN | 5/26/2021 | $51,500.00 | 1500 | 15.00% |
| Drake Ln. Summertown, Tn 38483 1043 | FOCN | 5/21/2021 | $72,100.00 | 2100 | 15.00% |
| Duren Ball Rd. Vina, Al 35593 225 | FOCN | 7/26/2023 | $92,700.00 | 2700 | 15.00% |
| Edmenson Rd. Clarksville, Tn 37040 1339 | FOCN. | 2/14/2022 | $123,600.00 | 3600 | 15.00% |
| ^Loan Modification for Edmenson^ | FOCN | 6/28/2022 | $25,000.00 | 750 | 15.00% |
| Garry Dr. Nashville, Tn 37211 278 | FOCN | 10/13/2021 | $221,450.00 | 6450 | 15.00% |
| ^Loan Modification for Garry^ | FOCN | 10/13/2021 | $31,500.00 | 900 | 15.00% |
| Grace Dr. Kingsport, Tn 37664 4503 | FOCN | 6/1/2022 | $182,310.00 | 5310 | 15.00% |
| Green Acres Dr. Franklin, Tn 37064 433 | FOCN | 12/10/2021 | $226,600.00 | 6600 | 15.00% |
| Green Grass Way Manchester, Tn 37355 340 | FOCN | 11/20/2021 | $206,000.00 | 6000 | 15.00% |
| Greenhaw Rd. Decherd, Tn 37324 4267 | FOCN | 6/1/2023 | $115,500.00 | 5500 | 15.00% |
| Halls Hill Pike. Murfreesboro, Tn 37130 6567 | FOCN | 4/18/2024 | $226,600.00 | 6600 | 15.00% |
| Hunter Rd. Lewisburg, Tn 37091 2388 | FOCN | 11/28/2022 | $175,100.00 | 5100 | 15.00% |
| Hwy 104 N. Cedar Grove, Tn 38321 5525 | FOCN. | 10/8/2021 | $36,050.00 | 1050 | 15.00% |
| Jones Street Dyersburg, TN 38080 39 | FOCN | 10/8/2021 | $36,050.00 | 1050 | 15.00% |
| Juno Bargerton Rd. Lexington, Tn 38351 2279 | FOCN | 9/13/2021 | $61,800.00 | 1800 | 15.00% |
| Lee Rd 2199 Opelika, AL 36804 79 | FOCN | 10/27/2023 | $108,150.00 | 3150 | 15.00% |
| ^Loan Modification for Little Cove^ | FOCN | 8/17/2023 | $118,450.00 | 1500 | 15.00% |
| Loudon Highway Kingston, TN 37763 150 | FOCN | 3/14/2024 | $309,000.00 | 9000 | 15.00% |
| Lowery Cemetery Cumberland City, TN 37050 170 | FOCN | 6/25/2021 | $128,750.00 | 3,750.00 | 15.00% |
| Monks Rd New Haven, KY 40051 56 | FOCN | 10/8/2021 | $154,500.00 | 4500 | 15.00% |
| New York Ave Chattanooga, TN 37406 3110 | FOCN | 9/9/2021 | $127,720.00 | 3,720.00 | 15.00% |
| Oakley Station Rd Randolph, AL 36792 865 | FOCN | 6/10/2022 | $140,080.00 | 4080 | 15.00% |

| Description | Type | Date | Amount | Units | Rate |
|---|---|---|---|---|---|
| ^ Note Modification for Oakley ^ | FOCN | 3/24/2023 | $50,000.00 | 1,500 | 15.00% |
| Opekiska St. Erwin, Tn 37650 427 | FOCN | 11/12/2021 | $36,050.00 | 1,050.00 | 15.00% |
| Outer Drive Oak Ridge, TN 37830 246 | FOCN | 10/25/2022 | $123,600.00 | 3,600.00 | 15.00% |
| Overlook Drive Morristown, TN 37813 831 | FOCN | 8/18/2021 | $149,350.00 | 4,350.00 | 15.00% |
| ^Loan Modification for Overlook^ | FOCN | | | | |
| Overlook Trail Spring City, TN 37381 188 | FOCN | 4/13/2022 | $103,000.00 | 3000 | 15.00% |
| S Tidwell Circle Pulaski, TN 38478 100 | FOCN | 7/8/2021 | $123,600.00 | 3600 | 15.00% |
| S Tidwell Circle Pulaski, TN 38478 100 -Note Mod | FOCN | 12/22/2021 | $30,000.00 | 900 | 15.00% |
| Sandlick Dr New Tazwell, TN 37826 338 | FOCN | 4/27/2023 | $159,650.00 | 4650 | 15.00% |
| Skyview Dr Knoxville, TN 37917 5012 | FOCN | 10/11/2022 | $161,710.00 | 4710 | 15.00% |
| Springplace Rd Lewisburg, TN 37091 3521 | FOCN | 5/28/2021 | $66,950.00 | 1950 | 15.00% |
| Summit Ave Knoxville, TN 37919 2634 | FOCN | 6/24/2022 | $87,550.00 | 2550 | 15.00% |
| Tidwell Hollow Road Oneonta, AL 35121 4242 | FOCN | 3/14/2024 | $27,250.00 | 2250 | 15.00% |
| West 1st Ave Hohenwald, TN 38462 213 | FOCN | 6/15/2021 | $125,660.00 | 3660 | 15.00% |
| West Maple St. Morrison, Tn 37357 430 | FOCN | 12/11/2023 | $124,370.00 | 2370 | 15.00% |
| Oscar Green Rd Franklin TN 37064 7945 | FOCN | 9/29/2022 | $1,016,000.00 | 30480 | 15.00% |
| Sledge Rd Murfreesboro TN 37037 | FOCN | 5/20/2022 | $455,000.00 | 13650 | 15.00% |
| ^Loan Modification for Chester^ | FOCN | 9/15/2022 | $30,900.00 | 900 | 15.00% |
| 21st Street Zephyrhills, FL 33542 5520 | FOCN | 3/1/2022 | $154,500.00 | ? | 15.00% |
| ^Loan Modification for Zephyrhills^ | FOCN | 2/10/2023 | $30,900.00 | ? | 15.00% |
| Louisiana Avenue Panama City, FL 32405 1605 | FOCN | | $92,700.00 | ? | 15.00% |
| Springfield Boulevard | FOCN | | $126,690.00 | ? | 15.00% |