# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| FAIROFFERCASHNOW, INC. <br><br> Debtor | Case No. 3:24-bk-03495 <br> Chapter 11 <br> Judge Charles M. Walker |
| FAIROFFERCASHNOW, INC. <br><br> Plaintiff, <br><br> v. <br><br> JUSTIN CUTLER, and <br> EQUITY TRUST COMPANY, <br><br> Defendants. | Adversary Proceeding <br> Case No. 3:24-ap-90155 |
| JUSTIN CUTLER, <br><br> Counter Plaintiff / Third Party Plaintiff <br><br> v. <br><br> FAIROFFERCASHNOW, INC., <br> BRADLEY SMOTHERMAN, and <br> CASEY SMOTHERMAN, <br><br> Counter Defendants / Third-Party Defendants. | |

## MOTION TO DISMISS THIRD-PARTY COMPLAINT

Third-Party Defendants Bradley Smotherman ("Mr. Smotherman") and Casey Smotherman ("Mrs. Smotherman," and together with Mr. Smotherman, the "Smothermans") respectfully file this *Motion to Dismiss Third-Party Complaint* (this "Motion") pursuant to Fed. R. Civ. P. 12(b) and 14, made applicable hereto by Fed. R. Bankr. P. 7012 and 7014.

As required by Fed. R. Bankr. P. 7012(b), the Smothermans hereby state within this responsive pleading that they <u>do not</u> consent to entry of final orders or judgment by the Bankruptcy Court.

The Smothermans further support the Motion with the memorandum of law filed contemporaneously herewith and incorporated herein by reference.

                                             Respectfully Submitted,

                                             */s/ Gray Waldron*
                                             Gray Waldron
                                             DUNHAM HILDEBRAND PAYNE WALDRON, PLLC
                                             9020 Overlook Boulevard, Suite 316
                                             Brentwood, TN 37027
                                             629.777.6519
                                             gray@dhashville.com
                                             *Counsel for Third-Party Defendant, Casey Smotherman*

# CERTIFICATE OF SERVICE

The undersigned certifies that on March 17, 2025, a copy of the foregoing was sent to the parties as indicated below:

**Via First Class Mail and Email to**:

Phillip G. Young, Jr.
Thompson Burton PLLC
6100 Tower Circle, Suite 200
Franklin, TN 37067
615-465-6008 (Telephone)
phillip@thompsonburton.com
*Counsel for Defendant Justin Cutler*

J. Brad Scarbrough
Brandon A. Carnes
BuildLaw, PLC
4300 Sidco Dr., Ste. #200
Nashville, TN 37204
Email: brad@build.law
Email: brandon@build.law
*Counsel for Plaintiff FOCN*

Jay R. Lefkovitz
Lefkovitz & Lefkovitz, PLLC
908 Harpeth Valley Place
Nashville, TN 37221
Email: jlefkovitz@lefkovitz.com
*Attorney for Debtor (in Chapter 11 Case)*

                                               */s/ Gray Waldron*
                                               Gray Waldron